## DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### FOURTH DISTRICT

**GORDON CRITTENDON,**
Appellant,

v.

**IN RE GUARDIANSHIP OF EVA MARIE CRITTENDON,**
Appellees.

No. 4D19-1231

[December 12, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Michael J. Linn, Judge; L.T. Case Nos. 312017GA000007 and 312017GA000008.

Gordon Crittendon, Monticello, pro se.

Aaron V. Johnson of Collins Brown Barkett, Chartered, Vero Beach, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***